

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 3, 2022

The Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

      **Re:**   **United States v. Roberto Moises Banzer,**
               **S3 19 Cr. 91 (DLC)**

Dear Judge Parker:

      The above-referenced charging instrument—Indictment S319 Cr. 91 (DLC)—charging defendant Roberto Moises Banzer was filed under seal on February 12, 2019. The defendant's extradition from Colombia, where he was arrested pursuant to an arrest warrant and arrest request in this case, was recently finalized and he arrived in our district earlier today, August 3, 2022, and is expected to be presented tomorrow, August 4, 2022. Judge Cote has referred the defendant's presentment and arraignment. Accordingly, the Government respectfully requests that Indictment S3 19 Cr. 91 (DLC) be unsealed.

                             Respectfully submitted,

                             DAMIAN WILLIAMS
                             United States Attorney

By:    ___/s/_____
           Sam Adelsberg
           Matthew Hellman
           David Robles
           Assistant United States Attorneys
           (212) 637-2494 / 2278 / 2550

**SO ORDERED:**

*Kathaine H Parker*

HONORABLE KATHARINE H. PARKER
United States Magistrate Judge
Southern District of New York

           **08/04/2022**