# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
212.735.3483
DIRECT FAX
917.777.3483
EMAIL ADDRESS
CHRISTOPHER.GUNTHER@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

July 3, 2023

*Denied.*
*[signature] Denise Cote*
*7/5/23*

**BY ECF**

The Honorable Denise L. Cote
United States District Judge
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:   *United States v. Roberto Banzer*, 19-CR-91

Dear Judge Cote:

    We write on behalf of our client, Roberto Banzer, to request a two-week adjournment to Mr. Banzer's sentencing. Mr. Banzer is currently scheduled to be sentenced on July 21, 2023. We respectfully request a new sentencing date of August 4, 2023, or the next date thereafter convenient to the Court. This is Mr. Banzer's first request for an adjournment. The government consents to the request and is available for a hearing on August 4, 2023. If granted, Mr. Banzer's sentencing submission deadline would be July 21, 2023, and the government's sentencing submission deadline would be July 28, 2023.

    As we are still working to gather letters of support for Mr. Banzer, the additional time would be immensely helpful. In addition, we expect the Probation Office to issue a revised Presentence Investigation Report (PSR) on July 5, 2023. The requested adjournment will allow us to respond to the revised PSR, if necessary, and incorporate necessary changes into our sentencing submission.

Hon. Denise L. Cote
July 3, 2023
Page 2

Respectfully submitted,

*/s/ Christopher Gunther*
Christopher J. Gunther
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001
christopher.gunther@skadden.com

cc:     All counsel of record (by ECF)