```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :    19cr91-10 (DLC)
                                     :
              -v-                    :         ORDER
                                     :
ROBERTO MOISES BANZER,               :
                                     :
                        Defendant.   :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

   IT IS HEREBY ORDERED that the sentencing scheduled for July 21, 2023 is moved to 10:30 AM on the same date in Courtroom 18B, 500 Pearl Street.

   SO ORDERED:

Dated:   New York, New York
         July 19, 2023

                                    _____
                                             DENISE COTE
                                    United States District Judge